**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL MATLOCK, )
        Petitioner, )
  vs. )
EDMOND G. BROWN, JR., et al., )
        Respondents. )
)

No. C 08-00745 JW (PR)

ORDER OF TRANSFER

Petitioner, a California prisoner incarcerated at the Mule Creek State Prison in Ione, California, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner claims that he has served the base term of his life sentence, and challenges his continued confinement. The Court construes this claim as petitioner challenging the California Board of Prison Terms' repeated decision to deny him parole.

A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state that contains two or more federal judicial districts may be filed in either the district of confinement or the district of

Order of Transfer
P:\PRO-SE\SJ.JW\HC.08\Matlock745_Transfer.wpd

1  conviction. See 28 U.S.C. § 2241(d). Each of such districts shall have concurrent

2  jurisdiction to entertain the petition; however, the district court for the district where

3  the petition is filed may transfer the petition to the other district in the furtherance of

4  justice. See id. The petition indicates that petitioner was convicted in San Mateo

5  County, which lies within the venue of this district, and that he is confined in Ione

6  (Amador County), which lies within the venue of the Eastern District of California.

7  See 28 U.S.C. 84(b).

8      Since the petition is directed to the manner in which a sentence is being

9  executed, the district of confinement is the preferable forum. See Dunne v. Henman,

10  875 F.2d 244, 249 (9th Cir. 1989) ("The proper forum to challenge the execution of

11  a sentence is the district where the prisoner is confined."); see also Habeas L.R.

12  2254-3(b) (providing for transfer of venue to district of confinement "if the petition

13  is challenging the manner in which the sentence is being executed"). Because

14  petitioner is confined in the Eastern District, the petition will be transferred to that

15  district.

16      Accordingly, the above-titled action is hereby TRANSFERRED to the United

17  States District Court for the Eastern District of California. See 28 U.S.C. §§

18  1404(a), 2241(d); Habeas L.R. 2254-3. In light of this transfer, the Court will defer

19  to the Eastern District with respect to petitioner's motion for leave to proceed in

20  forma pauperis. (Docket No. 2.)

21      The clerk shall transfer this matter and terminate any pending motions.

23  DATED: June 30, 2008

JAMES WARE
United States District Judge

Order of Transfer
P:\PRO-SE\SJ.JW\HC.08\Matlock745_Transfer.wpd      2

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL S MATLOCK,

        Petitioner,

v.

EDMOND G BROWN, JR., et al,

        Respondents.

Case Number: CV08-00745 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/9/2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Matlock D-14884
MCSP Bld 10 146-U
PO Box 409040
Ione, CA 95640

Dated: 7/9/2008

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk