IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL STEPHEN MATLOCK,

    Petitioner,               No. 2:08-cv-1665 JFM (HC)

    vs.

EDMUND G. BROWN, JR., et al.,

    Respondents.            <u>ORDER</u>

_____/

    Respondents have requested an extension of time to file an answer pursuant to the court's order of August 6, 2008.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondents' September 19, 2008 request for an extension of time is granted; and

    2. Respondents are granted thirty days from the date of this order in which to file an answer.  Petitioner's traverse shall be filed thirty days thereafter.

DATED: September 30, 2008.

                                        UNITED STATES MAGISTRATE JUDGE

/001; matl1665.eot