IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL STEPHEN MATLOCK,

    Petitioner,           No. 2:08-cv-1665 JFM (HC)

    vs.

EDMUND G. BROWN, JR., et al.,

    Respondents.        ORDER

                              /

          Petitioner has requested an extension of time to file and serve a traverse to respondent's answer filed on October 30, 2008. However, respondents filed a motion to dismiss this action on October 30, 2008. Good cause appearing, the court will construe petitioner's request as a request for extension of time to file an opposition to respondents' motion to dismiss. Plaintiff is cautioned that Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." In addition, Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Petitioner's request for extension will be granted.

IT IS HEREBY ORDERED that:

1. Petitioner's December 1, 2008 request for an extension of time (docket no. 18) is granted; and

2. Petitioner is granted thirty days from the date of this order in which to file and serve an opposition to respondents' motion to dismiss.

DATED:  December 9, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/mp/001
matl1665.111